FILED
FEB - 1 2008
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EVERETT MCKINLEY TOY, ) | Case No. CV 08-0272-JSL (MLG) |
| Petitioner, ) | |
| ) | MEMORANDUM AND ORDER DISMISSING |
| v. ) | PETITION FOR WRIT OF MANDAMUS |
| ) | |
| SUPERIOR COURT FOR THE STATE ) | |
| OF CALIFORNIA, et al., ) | |
| ) | |
| Respondent. ) | |

On January 16, 2008, Petitioner, a California state prisoner, filed this Petition for Writ of Mandamus. Petitioner seeks an order of this Court directing the Los Angeles County Superior Court to address an issue he raised in a petition for writ of habeas corpus, seeking a modification of a sentence he received in 2002.[1] More specifically, Petitioner claims that in October 2006, he filed a

---

[1] The sentence being challenged was the subject matter of a petition for writ of habeas corpus in this Court, which was denied on the merits on October 17, 2006. *Toy v. Sullivan*, Case No. CV 05-7908-JSL (MLG). To the extent that this matter may be construed as a petition for writ of habeas corpus, the Antiterrorism and Effective Death Penalty Act of 1996 amended 28 U.S.C. § 2244 to require that "[b]efore a second or successive application [for writ of habeas corpus] permitted by this section is filed in the district court, the applicant shall move in the appropriate court of appeals for an order authorizing the district court to consider the application." 28 U.S.C. § 2244(b)(3)(A). *See Burton v. Stewart*, __U.S.__, 127 S.Ct. 793, 796 (2007); *Nevius v. McDaniel*, 105 F.3d 453, 460 (9th Cir. 1996)(district court correct to deny motion to file second petition on grounds that court of appeals had not authorized its filing). The Ninth Circuit has not authorized the filing of a second petition.

motion for appointment of counsel and a motion for modification of his sentence in the Los Angeles County Superior Court. The motion for appointment of counsel was denied and the motion for modification of sentence was not addressed. Petitioner wants this Court to order the Superior Court to decide his motion.

This matter must be dismissed. Federal courts lack jurisdiction to issue a writ of mandamus to a state court. *See Demos v. United States Dist. Court for the Eastern Dist. of Wash.*, 925 F.2d 1160, 1161 (9th Cir. 1991) (order). This claim for relief is frivolous.

Plaintiff has failed to assert a viable cause of action over which this Court has jurisdiction. Accordingly, this matter is dismissed with prejudice.

IT IS SO ORDERED.

Dated: Jan. 29, 2008

J. Spencer Letts
United States District Judge

Presented By:

Marc L. Goldman
United States Magistrate Judge