JS-6

**FILED**
FEB - 1 2008
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| EVERETT MCKINLEY TOY,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>SUPERIOR COURT FOR THE STATE OF CALIFORNIA, et al.,<br><br>　　　　Respondent. | Case No. CV 08-0272-JSL (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition herein is dismissed with prejudice.

Dated: Jan. 29, 2008

_____
J. Spencer Letts
United States District Judge